Lawrence LITTLE, Plaintiff–Appellant,

v.

Donal ESTES; Herbert Segar;
Brandon Chambers; Cedricot
Booth, Defendants–Appellees,

and

Eastern District Police Station,
Defendant.

No. 15–1206.

United States Court of Appeals,
Fourth Circuit.

Submitted: June 18, 2015.

Decided: June 22, 2015.

Lawrence Little, Appellant Pro Se. Chaz Romeo Ball, Michael Lawrence Marshall, Schlachman, Belsky & Weiner, PA, Baltimore, Maryland; Kara Kiminsky Lynch, Baltimore City Law Department, Baltimore, Maryland, for Appellees.

Before SHEDD, DUNCAN, and AGEE, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Lawrence Little appeals the district court's order dismissing his civil complaint as barred by res judicata. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Little v. Estes*, No. 1:13–cv–01514–WDQ, 2015 WL 794500 (D.Md. Feb. 24, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*